ST. JOHN *against* BENEDICT.

*A justice may refuse to grant a second adjournment to a defendant, for the purpose of procuring witnesses, where he shows no excuse for not having procured them after the first adjournment.*

IN ERROR, on *certiorari* to a justice's court.

After the cause had been adjourned on the application of the plaintiff in error, the defendant below; the defendant, at the adjourned day, by his attorney, offered to swear that he still wanted material witnesses, and to give security, but did not offer to prove that he had taken any measures to obtain the witnesses. The justice refused a second adjournment, and the defendant's attorney withdrew. The cause was heard *ex parte*, and judgment given for the plaintiff.

*Per Curiam.* Although the justice may, upon reasonable cause, grant a second adjournment, yet, according to the return, he acted discreetly in refusing it in this case; because there was no excuse offered for the *laches* in not procuring the witnesses after the first adjournment.

Judgment affirmed.